UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT SANDERS,<br>        Petitioner,<br>  v.<br>R. FISHER,<br>        Respondent. | Case No.  16-cv-00729-PJH<br><br>**ORDER OF DISMISSAL** |

    Pursuant to plaintiff's notice of voluntary dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice and a certificate of appealability is **DENIED**.

    The Clerk shall close the file and terminate all pending motions as moot.

    **IT IS SO ORDERED.**

Dated: March 3, 2016

*[signature]*

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2016\2016_00729_Sanders_v_Fisher_(PSP)\16-cv-00729-PJH-dis_vol.docx

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

EDWARD VINCENT SANDERS,

    Plaintiff,

  v.

R. FISHER,

    Defendant.

Case No. 16-cv-00729-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Vincent Sanders
D79056
P.O. Box 96
Chowchilla, CA 93610


Dated: March 3, 2016

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By: *Nichole Peric*
                                            Nichole Peric, Deputy Clerk to the
                                            Honorable PHYLLIS J. HAMILTON